**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS YU, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRISTAN PARMLEY, an individual.<br><br>　　　　Defendant.<br><br>TRISTAN PARMLEY, an individual;<br>CHIROREVENUE, a Nevada<br>Corporation,<br><br>　　　　Third-Party Plaintiffs,<br><br>v.<br><br>DENNIS YU, an individual; DOES I through X and ROE CORPORATIONS I | Case No. 2:21-cv-01568-APG-DJA<br><br>**ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO DISMISS THIRD-PARTY COMPLAINT (FIRST REQUEST)** |

**ORDER GRANTING THIRD-PARTY PLAINTIFFS' MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS THIRD—PARTY COMPLAINT (FIRST REQUEST)**

Upon consideration of Third-Party Plaintiffs' Motion to Extend Time to File Response to Motion to Dismiss Third-Party Complaint (First Request) ("Motion"), the motion is GRANTED. Accordingly, Third-Party Plaintiffs TRISTAN PARMLEY and CHIROREVENUE shall file their Response to Motion to Dismiss Third-Party Complaint by on or before April 28, 2023.

IT IS SO ORDERED.

_____

ANNE R. TRAUM

UNITED STATES DISTRICT JUDGE

DATED: April 21, 2023