UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS YU, an individual<br><br>Plaintiff,<br><br>v.<br><br>TRISTAN PARMLEY, an individual<br><br>Defendant. | Case No. 2:21-cv-01568-ART-EJY<br><br>**ORDER** |
| TRISTAN PARMLEY, an individual;<br>CHIROREVENUE, a Nevada<br>Corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>DENNIS YU, an individual; DOES I<br>through X and ROE CORPORATIONS I, | |

Pending before the Court are three proposed Discovery Plans and Scheduling Orders all filed by Tristan Parmley and ChiroReview. ECF Nos. 50, 51, 52. It is unclear why three plans were filed and why none of the plans waited for a response from Plaintiff to whom the plans were circulated. Under Rule 26(f) and LR 26-1(a) the parties **must** confer and submit a proposed plan and order regarding discovery and scheduling. The parties are not in compliance with these Rules, which apply and are followed in federal court.

Accordingly, IT IS HEREBY ORDERED that the Proposed Discovery Plans and Scheduling Orders at ECF Nos. 50, 51, and 52 are DENIED.

IT IS FURTHER ORDERED that the parties **must** meet and confer regarding a single proposed discovery plan and scheduling order no later than **July 26, 2024**.

IT IS FURTHER ORDERED that the parties **must** submit a discovery proposed plan and scheduling order to the Court no later than **August 2, 2024**. If either party refuses to confer regarding a proposed discovery plan and scheduling order, the participating party may submit a unilateral

single proposed discovery plan and scheduling order for the Court's consideration no later than **August 2, 2024**.

Dated this 11th day of July, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE