Evan D. Schwab (NV Bar No. 10984)
Email:  evan@schwablawnv.com
**SCHWAB LAW FIRM PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
T:  702-761-6438
F:  702-921-6443

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS YU, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>TRISTAN PARMLEY, an individual.<br><br>        Defendant. | Case No. 2:21-cv-01568-APG-~~DJA~~ EJY<br><br>JOINT ~~PROPOSED~~ DISCOVERY PLAN AND SCHEDULING ORDER<br><br>Submitted in Compliance with LR 26-1(b) |
| TRISTAN PARMLEY, an individual; CHIROREVENUE, a Nevada Corporation,<br><br>        Third-Party Plaintiffs,<br><br>v.<br><br>DENNIS YU, an individual; DOES I through X and ROE CORPORATIONS I | |

Defendant Tristan Parmley ("Parmley") and Third-Party Plaintiffs Tristan Parmley ("Parmley") and ChiroRevenue ("Chiro"), by and through their attorneys of record Evan D. Schwab, Esq. of Schwab Law Firm PLLC ("SLF") and Dennis Yu ("Plaintiff/Third-Party Defendant") submit their Joint Proposed Discovery Plan and Scheduling Order as follows in compliance with LR 26-1(b).

1. Discovery Cut-Off Date. The Court issued a minute order on May 30, 2024 directing the preparation of proposed discovery plan and scheduling order by on or before July 1, 2024.[1] The discovery cutoff is November 26, 2024.[2]

---

[1] CMECF 49.

[2] This is 180 days after the entry of the 05/30/2024 minutes.

- 1 -

2. Amending the Pleadings and Adding Parties. The deadline to amend pleadings and add parties is August 28, 2024.

3. Expert and Rebuttal Expert-Disclosures. The deadline to disclose experts is September 27, 2024. The deadline to disclose rebuttal experts is October 28, 2024.

4. Dispositive Motions. The deadline to file dispositive motions is December 26, 2024.

5. Pre-Trial order. The deadline to file a pretrial order is January 27, 2025.

6. Federal Rule of Civil Procedure 26(a)(3). The disclosures required by this rule and any objections to them must be included in the joint pre-trial order.

7. Alternative Dispute Resolution. The parties have previously attended a settlement conference in this matter with Magistrate Daniel J. Albregts.

8. Alternative Forms of Case Disposition. Plaintiff/Third-Party Defendant Yu objects to trial by a magistrate judge under 28 U.S.C. § 636© and Federal Rule of Civil Procedure 73. Likewise, Plaintiff/Third-Party Defendant Yu objects to the use of the Short Trial Program (General Order 2013-01). Defendant and Third-Party Plaintiffs are willing to consider consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 ~~and the use of the Short Trial Program (General Order 2013-01). The use of a magistrate judge or the Shor Trial Program cannot be absent unanimous agreement.~~

[Remainder of Space Intentionally Left Blank]

9. Electronic Evidence. Defendant and Third-Party Plaintiffs are amenable to the presentation of evidence in electronic format to jurors for the purpose of jury deliberations.

| | |
|---|---|
| Dated this 2nd day of August 2024 | Dated this 2nd day of August 2024 |
| Schwab Law Firm PLLC | Dennis Yu |
| /s/ Evan Schwab | /s/ Dennis Yu |
| Evan D. Schwab (NV Bar No. 10984)<br>7455 Arroyo Crossing Parkway, Suite 220<br>Las Vegas, Nevada 89113<br>E: evan@schwablawnv.com<br>T: 702-761-6438 | Dennis Yu<br>1480 Paseo Verde Parkway, #1303<br>Henderson, Nevada 89012<br><br>Plaintiff/Third-Party Defendant |

*Attorneys for Defendant/Third-Party Plaintiff Tristan Parmley & Third-Party Plaintiff ChiroRevenue*

IT IS SO ORDERED

_____
United States Magistrate Judge

Dated: August 5, 2024

- 3 -