UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS YU, | Case No. 2:21-cv-01568-ART-EJY |
| Plaintiff, | ORDER |
| v. | |
| TRISTAN PARMLEY, | |
| Defendant. | |

Plaintiff Dennis Yu moves to extend the deadline for filing dispositive motions. (ECF No. 75.) Yu explains that Defendant Tristan Parmley has not responded to discovery requests. (*Id.*) Magistrate Judge Elayna J. Youchah has since granted Yu's motion to compel, ordering Defendant to respond to Plaintiff's first request for production of documents by May 29, 2025. (ECF No. 76.)

Good cause appearing, it is hereby ordered that Plaintiff's motion for an extension of time (ECF No. 65) is GRANTED.

It is further ordered that dispositive motions must be filed no later than July 10, 2025.

DATED: July 2, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1