UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS YU, an individual<br><br>Plaintiff,<br><br>v.<br><br>TRISTAN PARMLEY, an individual<br><br>Defendant.<br><br>TRISTAN PARMLEY, an individual;<br>CHIROREVENUE, a Nevada Corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>DENNIS YU, an individual; DOES I through X and ROE CORPORATIONS I, | Case No. 2:21-cv-01568-ART-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Order to Show Cause Why Tristen Parmley Should Not be Held in Contempt. ECF No. 78. The Court considered the Motion, Response (ECF No. 80), and Reply (ECF No.81).

There is no basis for a finding of contempt in this case. In sum, Plaintiff contends Defendant failed to comply with the Court's May 8, 2025 Order (ECF No. 76) requiring responses to Plaintiff's discovery by May 29, 2025. However, and despite detailing how Plaintiff never effectively served discovery on Defendant (ECF No. 80 at 2-3), Defendant states counsel's office mailed responses to Plaintiff's discovery requests on May 29, 2025. This is confirmed in a declaration sworn under penalty of perjury. ECF No. 80-1. While Plaintiff argues the contrary, there is nothing before the Court that supports the conclusion that Defendant (through his counsel) has misrepresented a fundamental fact to the Court. Nor is there anything to support the conclusion that Defendant ignored the Court's Order.

A party seeking an order of contempt has the burden of showing by clear and convincing evidence that the opposing party violated a specific and definite order of the court. *FTC v. Affordable*

*Media*, 179 F.3d 1228, 1239 (9th Cir.1999). Plaintiff has not carried his burden. Thus, the Motion seeking an order to show cause why Defendant should not be held in contempt is denied. However, because Plaintiff contends he did not receive the discovery responses mailed to him, the Court requires Defendant to remail the responses to Plaintiff no later than September 19, 2025.

Accordingly, Plaintiff's Motion for Order to Show Cause Why Tristen Parmley Should Not be Held in Contempt (ECF No. 78) is DENIED.

IT IS FURTHER ORDERED that Defendant **must** remail Plaintiff the responses to discovery requests no later than **September 19, 2025**.

IT IS FURTHER ORDERED that to the extent Defendant has produced documents without identifying to what responses the documents respond, Defendant must include this information in his September 19, 2025 mailing.

Dated this 12th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE