Evan D. Schwab (NV Bar No. 10984)
Email: evan@schwablawnv.com
**SCHWAB LAW FIRM PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
T: 702-761-6438
F: 702-921-6443

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS YU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRISTAN PARMLEY, an individual.<br><br>Defendant. | Case No. 2:21-cv-01568-APG-DJA<br><br>**STIPULATED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO STRIKE PROPOSED JOINT PRETRIAL ORDER**<br><br>(No Oral Argument Requested) |

Defendant Tristan Parmley ("Defendant" or "Parmley"), by and through his attorneys of record, Evan D. Schwab, Esq. of Schwab Law Firm PLLC ("SLF"), files this Stipulated Motion to Extend Time to Respond to the Motion to Strike Proposed Joint Pretrial Order ("Motion") pursuant to including but not limited to LR IA 6.1 et seq. as follows.

Dated this 21st day of August 2026

Schwab Law Firm PLLC

/s/ Evan Schwab

Evan D. Schwab (NV Bar No. 10984)
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
E: evan@schwablawnv.com
T: 702-761-6438
F: 702-921-6443

*Attorneys for Defendant/Counter-Claimant Tristan Parmley*

## Introduction and Statement of Facts

Plaintiff Dennis Yu ("Plaintiff") filed a Complaint on August 23, 2021 against Defendant Tristan Parmley ("Defendant").[1] Defendant/Counter-Claimant Dennis Yu ("Yu") filed a Motion to Strike Proposed Joint Pretrial Order on August 2, 2026.[2]

Plaintiff is requesting an extension of seven (7) days to file and serve a response to the Motion to this in this matter of up and until August 24, 2026. The Response would be considered traditionally due on or before August 17, 2026 under Federal Rule of Civil Procedure ("FRCP") 12(a)(4) as Response would traditionally be due fourteen days after Motion or on or before August 17, 2026.[3] The Parties have met and conferred on August 21, 2026 via telephone and are agreeance to said extension request.

## Legal Analysis

Local Rule 1A 6-1 provides in the pertinent part as follows.

> LR IA 6-1. REQUESTS FOR CONTINUANCE, EXTENSION OF TIME, OR ORDER SHORTENING TIME (a) A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. (Examples: "This is the first stipulation for extension of time to file motions." "This is the third motion to extend time to take discovery.") A request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect. Immediately below the title of the motion or stipulation there also must be a statement indicating whether it is the first, second, third, etc., requested extension, i.e.:

---

[1] CM/ECF 1.

[2] CM/ECF 103.

[3] A filing cannot be required on a Sunday or non-judicial day.

In the instant matter, a first request extension of seven (7) days or up and until August 24, 2026 to file the Response to Motion is appropriate for the following reasons.

First, Parmley and ChiroRevenue have made the request before the expiration of the deadline. No analysis of excusable neglect is required.

Second, the Parties have met and conferred on August 21, 2026 via telephone and are agreeable to the instant extension. Counsel for Third-Party Plaintiffs has had a hectic trial and appellate schedule during the month of August 2026 in addition to pre-planned travel obligations outside of the jurisdiction

**Conclusion**

For the reasons stated above, Defendant/Counter-Claimant Tristan Parmley respectfully requests an extension of seven (7) days or up and until August 24, 2026 in which to file this Response to the Motion to Strike Proposed Joint Pre-Trial Order.

Dated this 24th day of August 2026

Schwab Law Firm PLLC

/s/ Evan Schwab

Evan D. Schwab (NV Bar No. 10984)
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
E: evan@schwablawnv.com
T: 702-761-6438
F: 702-921-6443

*Attorneys for Defendant/Counter-Claimant Tristan Parmley*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: August 24, 2026